In the Matter of the Application of SPENCER CLINTON et al., as Executors of CHANDLER J. WELLS, Deceased, Respondents, for a Peremptory Writ of Mandamus against ADAM BOECKEL, as Treasurer of the City of Buffalo, Appellant.

*Matter of Clinton* v. *Boeckel*, 79 App Div. 645, affirmed.
(Argued October 7, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1903, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus directing the defendant to receive from the relators the amount of tax due from them on certain lands in the city of Buffalo.

*Percy S. Lansdowne* and *Charles L. Feldman* for appellant.

*Ulysses S. Thomas* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.